IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER REEVES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-00262-DAE |
| ) | |
| COLUMBIA DEBT RECOVERY, ET AL ) | |
| ) | |
| ) | |
| Defendants. ) | |

### ORDER VACATING DEADLINES

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff has notified this Court that all matters in controversy have been settled in principle. (Dkt. # 8.) The parties have asked this court to vacate all outstanding case deadlines and court dates regarding Defendant Experian Information Solutions, Inc. and allow the parties 60 days to file a notice of voluntary dismissal.

IT IS THEREFORE ORDERED that all case deadlines and court dates are **VACATED**. All relief not expressly granted in this Order is **DENIED.**

**IT IS SO ORDERED.**

Dated this 4th day of April, 2025

_____
David Alan Ezra
Senior United States District Judge