IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER REEVES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-00262-DAE |
| ) | |
| COLUMBIA DEBT RECOVERY, LLC, ET AL ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
COLUMBIA DEBT RECOVERY, LLC**

COMES NOW, Plaintiff Christopher Reeves, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Columbia Debt Recovery, LLC in this matter.

1. Plaintiff and Defendant Columbia Debt Recovery, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Columbia Debt Recovery, LLC, along with any other relief the Court deems just and proper.

Dated: April 30, 2025

          Respectfully Submitted,

          **HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen

          Joel S. Halvorsen, #67032
          680 Craig Road, Suite 104
          St. Louis, MO 63141
          P: (314) 451-1314
          F: (314) 787-4323
          joel@hklawstl.com
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Joel S. Halvorsen, hereby certify that on this Wednesday, April 30, 2025 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

          /s/ Joel S. Halvorsen